**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEXANDER LAKHTER,

                    Plaintiff,

          -against-                                              25 **CIVIL** 4508 (JMF)

                                                                 **JUDGMENT**

MTA HEADQUARTERS,

                    Defendant.
-----------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion & Order dated February 05, 2026, the MTA's

motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

          February 9, 2026


                                             **TAMMI M. HELLWIG**
                                    _____
                                             **Clerk of Court**

                         BY:
                                    _____
                                             **Deputy Clerk**